Argued and submitted July 12, affirmed by an equally divided court November 30, 1988, reconsideration denied January 4, 1989

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## JAMES F. HENRY II,
*Petitioner on Review.*

(TC 10-86-07135; CA A45290; SC S35175)

764 P2d 551

Robert J. Guarrasi, Eugene, argued the cause and filed the petition for the petitioner on review.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent on review.

Affirmed by an equally divided court.